IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JONATHAN GOERIG | : | NO.  20-137 |

## <u>ORDER</u>

**AND NOW**, this 28th day of December, 2021, upon consideration of Defendant's Motion to Suppress (Docket No. 43), the Hearing held on December 9, 2021, and all documents filed in connection with the Motion and Hearing, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.


BY THE COURT:


/s/ John R. Padova, J.
_____
John R. Padova, J.